DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. 1:08-cr-0144 AWI |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE HEARING; AND ORDER THEREON |
| FIDEL SANCHEZ-ELIZONDO, | ) ) | Date:  June 2, 2008 |
| Defendant. | ) ) | Time:  9:00 A.M. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the status conference hearing in the above captioned matter now

scheduled for May 27,  2008, **may be continued to June 2, 2008 at 9:00 a.m.**

   This continuance is requested by counsel for the defendant due to counsel's unavailability.  The

requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

///

1        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3   3161(h)(8)(B)(i) and (iv).

4                                                          McGREGOR M. SCOTT
                                                           United States Attorney
5

6   DATED:  May 21, 2008                    By    /s/  Ian Garriques
                                                           IAN GARRIQUES
7                                                          Assistant United States Attorney
                                                           Attorney for Plaintiff
8

9                                                          DANIEL J. BRODERICK
                                                           Federal Defender
10

11  DATED:  May 21, 2008                    By    /s/  Marc Days
                                                           MARC DAYS
12                                                         Assistant Federal Defender
                                                           Attorney for Defendant
13                                                         FIDEL SANCHEZ-ELIZONDO

14

15                               **ORDER**

16

17       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

18  3161(h)(8)(B)(i) and (iv).

19

20  IT IS SO ORDERED.

21  **Dated:    May 23, 2008**                      /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Sanchez-Elizondo - Stipulation to Continue
Status Conference Hearing                 2