```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FIDEL SANCHEZ-ELIZONDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-0144 AWI |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; |
| v. | ORDER |
| FIDEL SANCHEZ-ELIZONDO, | Date:  December 1, 2008 |
| Defendant. | Time:  9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that a new motions schedule be set as follows: motions in the above-captioned matter now due October 14, 2008, shall be filed on or before October 20, 2008, responses shall be filed on or before November 10, 2008, replies shall be due on or before November 17, 2008, and **the motions hearing now set for November 17, 2008, may be continued to December 1, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow him additional time for defense preparation and investigation, to allow him time to review discovery and prepare any motions to be filed, and to allow the parties additional time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3   3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 14, 2008        By   /s/  Ian Garriques
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 14, 2008        By   /s/  Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    FIDEL SANCHEZ-ELIZONDO


**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 15, 2008**          /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions
Schedule and Hearing; [Proposed] Order          2