1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:08-cr-00144 AWI
                                )
12              Plaintiff,      ) STIPULATION TO CONTINUE MOTIONS
                                ) SCHEDULE AND HEARING;
13                              ) ORDER
           v.                   )
14                              ) Date:  January 5, 2009
   FIDEL SANCHEZ-ELIZONDO,      ) Time:  9:00 a.m.
15                              ) Judge: Hon. Anthony W. Ishii
                Defendant.      )
16 _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that a

19 new motions schedule for any response and reply filings be set as

20 follows:  any response to defendant's previously filed motion

21 shall be filed by December 8, 2008, any reply shall be filed by

22 December 22, 2008, and **the motions hearing now set for December**

23 **1, 2008, may be continued to January 5, 2009, at 9 a.m**.

24      The reason for the continuance is to grant defendant

25 additional time to consider a new plea offer from the government

26 and for further plea negotiations.  The parties stipulate that

27 the ends of justice are served by the Court excluding such time,

28 so that counsel for defendant may have reasonable time necessary

for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: November 7, 2008          Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                            By:  /s/ Ian L. Garriques
                                 IAN L. GARRIQUES
                                 Assistant U.S. Attorney


                                 DANIEL J. BRODERICK
                                 Federal Defender

Dated: November 7, 2008     By:  /s/ Marc Days
                                 MARC DAYS
                                 Attorney for Defendant

## O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:   November 10, 2008**             /s/ Anthony W. Ishii
                                 CHIEF UNITED STATES DISTRICT JUDGE