1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000

5

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:08-cr-00144 AWI
                                )
12            Plaintiff,        ) STIPULATION TO CONTINUE MOTIONS
                                ) SCHEDULE AND HEARING;
13                              ) ORDER
          v.                    )
14                              ) Date: January 12, 2009
   FIDEL SANCHEZ-ELIZONDO,      ) Time: 9:00 a.m.
15                              ) Judge: Hon. Anthony W. Ishii
              Defendant.        )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that a

19 new motions schedule for any response and reply filings be set as

20 follows:  any response to defendant's previously filed motion

21 shall be filed by December 15, 2008, any reply shall be filed by

22 December 29, 2008, and **the motions hearing now set for January 5,**

23 **2009, may be continued to January 12, 2009, at 9 a.m.**

24     The reason for the continuance is to grant defendant

25 additional time to consider an additional plea offer from the

26 government and for further plea negotiations.  The parties

27 stipulate that the ends of justice are served by the Court

28 excluding such time, so that counsel for defendant may have

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: November 24, 2008                Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney


                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 24, 2008           By:  /s/ Marc Days
                                        MARC DAYS
                                        Attorney for Defendant

## O R D E R

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 1, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE