DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FIDEL SANCHEZ-ELIZONDO, Defendant. | No. 1:08-cr-00144 AWI STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER Date: February 2, 2009 Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that a new motions schedule be set as follows:  government's responses to defense motions shall be filed on or before January 12, 2009, replies shall be due on or before January 26, 2009, and **the hearing on motions now set for January 12, 2009, may be continued to February 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow additional time for the parties to complete signing of a plea agreement in this matter.  It is believed that a plea agreement will be executed shortly, thereby making it unnecessary to proceed with a motions schedule.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: December 9, 2008        By   /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 9, 2008        By   /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 10, 2008**            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE