1  LAWRENCE G. BROWN
   Acting United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) Case No. 1:08-cr-00144 AWI
                                )
12           Plaintiff,         ) STIPULATION TO CONTINUE MOTIONS
                                ) SCHEDULE AND HEARING;
13                              ) ORDER
        v.                      )
14                              ) Date: February 9, 2009
   FIDEL SANCHEZ-ELIZONDO,      ) Time: 9:00 a.m.
15                              ) Judge: Hon. Anthony W. Ishii
             Defendant.         )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that a

19 new motions schedule for any response and reply filings be set as

20 follows:  any response to defendant's previously filed motion

21 shall be filed by January 20, 2009, any reply shall be filed by

22 February 2, 2009, and **the motions hearing now set for February 2,**

23 **2009, may be continued to February 9, 2009, at 9 a.m.**

24     The reason for the continuance is for further consideration

25 of motions filed and any further potential plea offer from the

26 government and plea negotiations between the parties.  The

27 parties stipulate that the ends of justice are served by the

28 Court excluding such time, so that counsel may have reasonable

1  time necessary for plea negotiations and preparation.  18 U.S.C.
2  § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the
3  interests of justice served by the continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(8)(A).  The parties agree that the delay from
6  the continuance shall be excluded from the calculation of time
7  under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
8  and (B)(iv).

Dated: January 9, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

                                    By:   /s/ Ian L. Garriques
                                          IAN L. GARRIQUES
                                          Assistant U.S. Attorney


                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: January 9, 2009              By:   /s/ Marc Days
                                          MARC DAYS
                                          Attorney for Defendant


**O R D E R**

   The intervening period of delay shall be excluded in the
interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:   January 9, 2009**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE