DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>FIDEL SANCHEZ-ELIZONDO,<br>*Defendant.* | No. 1:08-cr-00144 AWI<br>***AMENDED***<br>STIPULATION TO CONTINUE MOTIONS HEARING; ORDER<br>Date: March 2, 2009<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the hearing on motions now set for February 9, 2009, may be continued to March 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant because the parties have not yet reached a plea agreement; defense counsel needs additional time for defense investigation and for preparation of defendant's reply to the government's opposition to defendant's motion to dismiss which was filed in the above-referenced proceedings. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 5, 2009

By /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 5, 2009

By /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: February 5, 2009**

**/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE