DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FIDEL SANCHEZ-ELIZONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00144 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| v. | |
| FIDEL SANCHEZ-ELIZONDO, | Date:  March 23, 2009 |
| *Defendant.* | Time:  9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the hearing on motions now set for March 2, 2009, may be continued to March 23, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant because defense counsel needs additional time for defense investigation and case preparation, and for further plea negotiation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                McGREGOR M. SCOTT
                                                United States Attorney


DATED:  February 25, 2009            By   /s/  Ian L. Garriques
                                          IAN L. GARRIQUES
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender


DATED:  February 25, 2009            By   /s/  Marc Days
                                          MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          FIDEL SANCHEZ-ELIZONDO
```

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 27, 2009**                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE