| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | IAN L. GARRIQUES |
| | Assistant U.S. Attorney |
| 3 | Suite 4401, Federal Courthouse |
| | 2500 Tulare Street |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00144 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | GOVERNMENT'S SUR-REPLY FILING |
| | ) | DATE TO APRIL 8, 2009; |
| v. | ) | ORDER |
| | ) | |
| FIDEL SANCHEZ-ELIZONDO, | ) | |
| | ) | NEW FILING DATE: April 8, 2009 |
| Defendant. | ) | MOTION HEARING DATE: May 4, 2009 |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the the government's sur-reply brief that was previously scheduled to be filed by April 6, 2009, shall now be due and filed by **April 8, 2009.** The reason for the continuance is for further consideration of defendant's reply brief and motion to dismiss. Though the parties are not currently requesting a continuance of defendant's response brief date or the motion hearing on May 4, 2009, the parties will advise the Court if such a continuance becomes necessary. Because the Court previously excluded time under the Speedy Trial Act through May 4, 2009, the Court need not revisit the issue here.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: April 6, 2009 | | Respectfully submitted, |
| 3 | | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 4 | | | |
| 5 | | By: | /s/ Ian L. Garriques<br>IAN L. GARRIQUES<br>Assistant U.S. Attorney |
| 6 | | | |
| 7 | | | |
| 8 | | | DANIEL J. BRODERICK<br>Federal Defender |
| 9 | Dated: April 6, 2009 | By: | /s/ Marc Days<br>MARC DAYS |
| 10 | | | Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 6, 2009**          /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE