| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | FIDEL SANCHEZ-ELIZONDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00144 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE AND HEARING; |
| v. | ) | ORDER |
| | ) | |
| FIDEL SANCHEZ-ELIZONDO, | ) | Date: June 1, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the filing date for defendant's sur-sur- reply to the government's sur-reply to defendant's motion to dismiss may be continued to May 4, 2009, **and that the hearing on said motion now set for May 4, 2009, may be set for June 1, 2009, at 9:00 A.M.**

This request is made by counsel for defendant to allow him additional time for research and case preparation and to file a reply to the government's sur-reply to defendant's motion. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3 | and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and
4 | 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 21, 2009    By: /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: April 21, 2009    By: /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
FIDEL SANCHEZ-ELIZONDO

## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 24, 2009**    /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE