| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | FIDEL SANCHEZ-ELIZONDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00144 AWI |
|---|---|
| *Plaintiff,* | ) STIPULATION TO CONTINUE FILING DATE |
| | ) FOR DEFENDANT'S SUR-SUR-REPLY |
| v. | ) RE: MOTION TO DISMISS; |
| | ) ORDER |
| FIDEL SANCHEZ-ELIZONDO, | ) |
| | ) Date: June 1, 2009 |
| *Defendant.* | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the filing date for defendant's sur-sur- reply to the government's sur-reply to defendant's motion to dismiss may be continued to May 11, 2009, **and that the hearing on said motion shall remain set for June 1, 2009, at 9:00 A.M.**

///
///
///
///
///
///
///

1    Defendant's Sur-Sur-Reply was, in fact, filed on May 11, 2009, with the agreement of the
2 government. There is no need for a time waiver inasmuch as the scheduled hearing shall remain as
3 scheduled.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 13, 2009          By:   /s/  Ian Garriques
                             IAN GARRIQUES
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             DANIEL J. BRODERICK
                             Federal Public Defender

DATED: May 13, 2009          By:   /s/  Marc Days
                             MARC DAYS
                             Assistant Federal Defender
                             Attorneys for Defendant
                             FIDEL SANCHEZ-ELIZONDO


**O R D E R**

IT IS SO ORDERED.

**Dated:    May 13, 2009**              /s/ Anthony W. Ishii
                             CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Filing Date for
Defendant's Sur-Sur-Reply Re: Motion
to Dismiss; [PROPOSED] ORDER                2